UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHIEF 2 EAGLES**         **CIVIL ACTION**

**VERSUS**        **NO. 24-154-JWD-EWD**

**EAST FELICIANA PARISH SHERIFF, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 17, 2024 (Doc. 6), to which an objection and supplemental objection were filed and considered (Docs. 7 and 8);

**IT IS ORDERED** that the Complaint, filed by Chief 2 Eagles (formally known as Billy Burkette), is DISMISSED WITH PREJUDICE without leave to amend.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 8, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**